JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA ORELLANA, an individual, MARIA DE LA PAZ CRUZ, an individual, ARTHUR CRUZ, an individual, AGRIPINO BALDERAS, an individual, JOSE MENDOZA, an individual, EMERITA ESQUEDA, an individual, ANA GONZALEZ, an individual, MARGARET DOZIER, an individual, RAFAEL ESTRADA, an individual, an individual; ALL OTHERS SIMILARLY SITUATED, | Case No.:    CV 09-09367-R (PLAx) [Assigned to the Honorable Judge Manuel L. Real, Courtroom No. 8] **ORDER ON DEFENDANT FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION TO DISMISS** |
| Plaintiffs, | |
| vs. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, a California company, ONEWEST BANK, a California company, BANK OF AMERICA, a Delaware company, CITIBANK, a New York company, FEDERAL NATIONAL MORTGAGE ASSOCIATION, a District of Columbia company, U.S. BANCORP, a Delaware company, BANK OF NEW YORK MELLON, a New York company, FEDERAL HOME LOAN MORTGAGE CORPORATION a Virginia company, | |
| Defendants. | |

TO PLAINTIFF, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on June 7, 2010, the motion of Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION ("Freddie Mac") to dismiss Plaintiff's First Amended Complaint came before the Court pursuant to FRCP 12(b)(6).  Irwin S. Evans appeared for Defendant and moving party Freddie Mac.  Daniel J. Bramzon appeared on behalf of Plaintiffs.

Having considered the papers submitted and the arguments of counsel, the Court rules as follows:

1) By filing and prosecuting an unlawful detainer action against Rafael Estrada and other residences at 537 East 36th Street, Los Angeles, CA, Freddie Mac has manifested its intent to have the matter adjudicated in state court.

2) Freddie Mac filed two lawsuits relating to the subject property in Los Angeles County Superior Court Case No. 09U15709 and 1OU00082 which both name Plaintiff Rafael Estrada and other Does representing the unknown residents of the subject property, which includes Plaintiff Anthony Cruz.

3) Freddie Mac obtained a writ of possession in Case No. 1OU00082 on February 9, 2010 after the class action was commenced.

4) The Court finds that the culmination of these actions is a clear and unequivocal indication of Freddie Mac's intent to have these issues adjudicated in state court, pursuant to *Resolution Trust Corp. v. Bayside Developers*, 43 F.3d 1230 (9th Cir. 1995).

5) Freddie Mac has therefore abandoned its right to a federal forum and this case is hereby remanded to state court for further proceedings.

6) IT IS SO ORDERED.


July 7, 2010


_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
**[CCP 1013a; Fed. R. Civ. P.6]**

STATE OF CALIFORNIA          )
                                              )          ss.
COUNTY OF LOS ANGELES )

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 3699 Wilshire Boulevard, Suite 890, Los Angeles, California 90010.

      On July 6, 2010, I served the foregoing document, described as: **[PROPOSED] ORDER ON DEFENDANT FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION TO DISMISS** in this action by placing the original/copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows:

***SEE ATTACHED SERVICE LIST.***

[   ]   [BY MAIL] I am "readily familiar" with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

[ ]   [BY E-MAIL] By electronically transmitting the document(s) listed above addressed as set forth on the attached service list.

[   ]   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[   ]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: July 5, 2010            _____/s/_____
                                  Kit Cockrum

1

2

<u>**SERVICE LIST**</u>

3

4

5

6

7

| | |
|---|---|
| Daniel J. Bramzon, Esq.<br>BASTA, Inc.<br>2500 Wilshire Boulevard, Suite 1111<br>Los Angeles, CA  90057<br>Tel:  (213) 736-5050<br>Fax: (213) 736-5055 | *Attorney for Plaintiffs,*<br>*JULIA ORELLANA, MARIA DE LA*<br>*PAZ CRUZ, ARTHUR CRUZ*<br>*AGRIPINO BALDERAS, JOSE*<br>*MENDOZA, ANA GONZALEZ*<br>*MARGARET DOZIER, ANTHONY*<br>*CRUZ, and ALL OTHERS*<br>*SIMILARLY SITUATE* |
| Elizabeth A. Frohlich, Esq.<br>MORGAN,  LEWIS  &  BOCKIUS, LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel.: (415) 442-1000<br>Fax: (415) 442-1001<br>Email: efrohlich@morganlewis.com | *Attorney for Defendants,*<br>*DEUTSCHE BANK NATIONAL TRUST CO.* |
| Fredrick S. Levin, Esq.<br>DYKEMA GOSSETT LLP<br>333 S Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Tel.: (213) 457-1800<br>Fax: (213) 457-1850<br>Email:  flevin@dykema.com | *Attorneys for Defendants,*<br>*ONEWEST BANK* |
| Brooks R. Brown, Esq.    GOODWIN<br>PROCTER LLP<br>10250 Constellation Boulevard<br>Los Angeles, CA 90067<br>Tel.: (310) 788-5100<br>Fax: (310) 788-5148<br>Email:  bbrown@goodwinprocter.com | *Attorney for Defendants,*<br>*BANK OF AMERICA, N.A. and BANK OF*<br>*NEW YORK MELLON CORPORATION* |

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER 4

| | |
|---|---|
| Lisa M. Simonetti, Esq. | *Attorneys for Defendants,* |
| Eric Y. Hwang, Esq. | *CITIBANK, N.A.* |
| STROCK & STROOCK | |
| & LAVAN LLP | |
| 2029 Century Park East, Suite 1800 | |
| Los Angeles, CA 90067-3086 | |
| Tel.: (310) 556-5800 | |
| Fax: (310) 556-5959 | |
| Email:  lsimonetti@stroock.com, | |
|  ehwang@stroock.com | |
| | |
| Brian P. Brooks, Esq. | *Attorneys for Defendants* |
| Elizabeth C. Lemond, Esq. | *FEDERAL NATIONAL MORTGAGE* |
|  O'MELVENY & MYERS, LLP | |
|       *ASSOCIATION* | |
| 610 Newport Center Drive, 17th Floor | |
| Newport Beach, CA 92660-6429 | |
| Tel.: (213) 430-6000 | |
| Fax: (213) 430-6407 | |
| Email: BBrooks@OMM.com, | |
| elemond@omm.com | |
| | |
| T. Robert Finlay, Esq. | *Attorneys for Defendants,* |
| WRIGHT, FINLAY & ZAK, LLP | *FEDERAL NATIONAL MORTGAGE* |
| 4665 MacArthur Court, Suite 280 | |
|       *ASSOCIATION* | |
| Newport Beach, CA 92660 | |
| Tel.: (949) 477-5056 | |
| Fax: (949) 477-5050 ext. 1003 | |
| Email:  rfinlay@wrightlegal.net | |
| | |
| Juan C. Basombrio, Esq. | *Attorney for Defendants,* |
| DORSEY & WHITNEY LLP | *.S. BANCORP* |
| 38 Technology Drive, Suite 100 | |
| Irvine, CA 92618-5310 | |
| Tel.: (949) 932-3650 | |
| Fax: (949) 932-3601 | |
| Email: basombrio.juan@dorsey.com | |