UNITED STATES DISTRICT COURT          **MAKE JS-5**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-09-9367-R                                             Date: MAY 18, 2012

Title:   JULIA ORELLANA et al -V- DEUTCHE BANK NAT'L TRUST CO et al
==================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

<u>William Horrell</u>                                        <u>None Present</u>
Courtroom Deputy                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                  None

PROCEEDINGS:   ORDER SETTING HEARING ON MANDATE USCA 9TH CIRCUIT

**COUNSEL ARE NOTIFIED that the Court NOW SETS a hearing on the Mandate of U.S.C.A. 9th Circuit Reversing and Remanding for further proceedings for JUNE 4, 2012 AT 11:00 A.M.**

**IT IS SO ORDERED.**

cc: counsel of record

MINUTES FORM 11                                  Initials of Deputy Clerk ___WH____
CIVIL -- GEN