1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA ORELLANA, an individual, MARIA DE LA PAZ CRUZ, an individual, ARTHUR CRUZ, an individual, AGRIPINO BALDERAS, an individual, JOSE MENDOZA, an individual, EMERITA ESQUEDA, an individual, ANA GONZALEZ, an individual, MARGARET DOZIER, an individual, RAFAEL ESTRADA, an individual, an individual; ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, a California company, ONEWEST BANK, a California company, BANK OF AMERICA, a Delaware company, CITIBANK, a New York company, FEDERAL NATIONAL MORTGAGE ASSOCIATION, a District of Columbia company, U.S. BANCORP, a Delaware company, BANK OF NEW YORK MELLON, a New York company, FEDERAL HOME LOAN MORTGAGE CORPORATION a Virginia company,<br><br>Defendants. | U.S. District Case No.:<br>CV 09-09367-R (PLAx)<br><br>[Assigned to the Honorable Judge Manuel L. Real, Courtroom No. 8]<br><br>**JUDGMENT** |

1

[PROPOSED] JUDGMENT
Cv09-09367-R (PLAx)

1  This Court having granted Defendants' Motion to Dismiss, and ordered that
2  the entire action be dismissed with prejudice [Document 136], hereby enters
3  judgment as follows:
4  IT IS SO ORDERED AND ADJUDGED that Plaintiff Anthony Cruz shall
5  take nothing, and Defendant Federal Home Loan Mortgage Corporation shall
6  recover its costs from Plaintiff Anthony Cruz; and, Plaintiff Jose Mendoza shall take
7  nothing, and Defendant Federal National Mortgage Association shall recover its
8  costs from Plaintiff Jose Mendoza.

DATED: August 9, 2012

By: _____
Manuel L. Real
United States District Judge